# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

*In Re:*

Netbank Inc.,
      Debtor.

Case No.: 07-04295-JAF
Chapter 11

_____/

## MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

AT&T Corp. and BellSouth Telecommunications, Inc. d/b/a AT&T Southeast (collectively, "AT&T")[1] by and through their counsel, Lowenstein Sandler PC and Roy L. Weinfeld, PA, hereby file this motion (the "Motion") requesting allowance and payment of their administrative expense claim against Netbank, Inc. (the "Debtor") pursuant to 11 U.S.C. § 503(b), and respectfully represent as follows:

### JURISDICTION

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the statutory basis for relief requested herein is 11 U.S.C. § 503(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. On September 28, 2007 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the

---

[1] On or about November 19, 2005, AT&T Corp. merged into and with SBC Communications Inc. with SBC Communications Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc. In addition, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, Inc. with AT&T Inc. being the surviving entity. BellSouth Telecommunications, Inc. is now doing business as AT&T Southeast.

"Bankruptcy Code").

3. During the course of this Chapter 11 proceeding, AT&T has continued to provide telecommunications services to the Debtor. The Debtor, however, has not paid for those services.

4. As of the date of this Motion, the unpaid post-petition charges -- that are at least 60 days overdue -- for AT&T's services total $320,103.69. *See* spreadsheet annexed hereto as Exhibit A.

## RELIEF REQUESTED

5. AT&T respectfully seeks immediate payment of the outstanding $320,103.69 as an administrative expense.

## ARGUMENT

6. Pursuant to §§ 503 (a) and (b) of the Bankruptcy Code, AT&T is entitled to receive payment for post-petition services rendered as an administrative expense claim. Section 503(a) and (b) provide as follows:

> (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause.
>
> (b) After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including --
>
>> (1)(A) the actual, necessary costs and expenses of preserving the estate, including --
>>
>> * * *

7. The Debtor's post-petition use of AT&T's services constitutes "actual,

necessary costs and expenses of preserving the estate," as contemplated by § 503(b)(1)(A) of the Bankruptcy Code, and as such, should be paid in full. *See In re Crystal Apparel, Inc.*, 220 B.R. 816, 830 (Bankr. S.D.N.Y. 1998) (finding that "[t]ransactions in the ordinary course of business of the debtor-in-possession create expenses of administration"). Indeed, the telecommunications services provided by AT&T to the Debtor serves a critical function in the Debtor's communications structure.

8. Accordingly, AT&T should immediately be paid the outstanding $320,103.69 as an administrative expense.[2]

## NOTICE

9. Notice has been provided to (i) counsel to the Debtor, (ii) the United States Trustee, (iii) counsel to the committee, and (iv) all parties who have requested and are receiving notices through the Bankruptcy Court's electronic filing system.

10. No previous request for the relief sought in this Motion has been made to this or any other Court.

---

[2] The $320,103.69 amount reflects amounts owing from the Petition Date that are over 60 days past due as of the date of this Motion. AT&T reserves all rights, including the right to amend that amount and to request additional amounts owing after the date of this Motion.

CERTIFICATE OF SERVICE

**I CERTIFY** that a true copy of the foregoing was served on all interested parties via Notice of Electronic Filing on all registered parties in this case through the Court's CM/ECF system on June 27, 2008, and by regular first class United States mail, postage fully prepaid, on all other interested parties on the attached service list on June 27, 2008.

By/S/ Roy L. Weinfeld
Roy L. Weinfeld, Esq.
Fla. Bar No.0068926
1 SE 3rd Avenue, Suite 2110
Miami, Florida 33131
Tel: 305-358-9045
Fax: 305-358-9042

-and-

Vincent A. D'Agostino (VAD-0120)
Eric H. Horn (EHH-2020)
LOWENSTEIN SANDLER PC
65 Livingston Ave.
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597-2400

*Counsel to AT&T*

# EXHIBIT A

# NETBANK - Administrative Claim

## AT&T Corp. Accounts

| Account No. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80022721551 | $111,074.08 | $ | 39,029.28 | $ | 19,159.28 | $ | 19,384.83 | $ | 14115.86 | $52,885.52 |
| 80019737537 | $71,433.49 | $ | 12,146.52 | $ | 6,073.26 | $ | 14,173.94 | $ | 24,398.53 | $53,213.71 |
| 80020946143 | $47,723.63 | $ | 43,460.98 | $ | 4,262.65 | | | | | $0.00 |
| 18000044935 | $47,072.23 | $ | 13,325.10 | $ | 6,635.45 | $ | 6,576.62 | $ | 13521.06 | $27,111.68 |
| NET8 NETAT01 | $28,360.97 | $ | 4,402.51 | $ | 4,130.78 | $ | 4,130.78 | $ | 11,566.12 | $19,827.68 |
| 80021816931 | $19,990.61 | $ | 6,019.72 | $ | 2,969.42 | $ | 2,969.42 | $ | 5,062.63 | $11,001.47 |
| 200723512312 | $1,681.50 | $ | 1,121.00 | $ | 560.50 | | | | | $0.00 |
| 144012824266B | $829.64 | $ | 200.00 | $ | 110.64 | $ | 109.00 | $ | 100.00 | $519.00 |
| 144012824048 | $615.25 | $ | 150.00 | $ | 75.00 | $ | 75.00 | $ | 75.00 | $390.25 |
| 999008767S413 | $434.53 | $ | 81.72 | $ | 49.06 | $ | 47.57 | $ | 97.30 | $303.75 |
| 10009314138 | $285.23 | $ | 36.64 | $ | 36.64 | $ | 36.15 | $ | 36.15 | $211.95 |
| 10009633834 | $251.24 | $ | 35.01 | WUS | | $ | 34.54 | $ | 34.54 | $181.22 |
| 10009537530 | $127.18 | | | | | | | $ | 127.18 | $127.18 |
| 215038490000l | $111.21 | | | | | | | $ | 111.21 | $111.21 |
| 10010173465 | $5.78 | $ | 0.65 | $ | 0.65 | $ | 0.78 | $ | 3.05 | $4.48 |
| 10010118346 | $5.57 | $ | 0.64 | $ | 0.64 | $ | 0.64 | $ | 3.01 | $4.29 |
| 10007995698 | $39,095.94 | $ | - | | | | | $ | 39,095.94 | $39,095.94 |

## Bellsouth Accounts

| Account No. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 678-867-9934-001 | $786.91 | $ | - | $ | 115.85 | $ | 112.38 | $ | 110.79 | $ | 333.93 | $557.10 |
| 678-867-0841-150 | $786.91 | $ | - | $ | 115.85 | $ | 112.38 | $ | 110.79 | $ | 333.93 | $557.10 |
| 678-867-0968-503 | $1,415.19 | $ | - | $ | 186.20 | $ | 180.87 | $ | 178.33 | $ | 686.40 | $1,045.60 |
| 803-M39-8385-385 | $11,912.37 | $ | 1,698.19 | $ | 1,509.60 | $ | 1,435.71 | $ | 1,408.21 | $ | 4,401.38 | $7,245.30 |
| 904-M38-8222-222 | $0.00 | | | | | | | | | | | $0.00 |
| 803-M39-9091-234 | $78,224.88 | $ | 11,641.33 | $ | 10,735.59 | $ | 10,295.83 | $ | 10,134.20 | $ | 24,957.79 | $45,387.82 |
| 770-991-9742-081 | $1,101.04 | $ | 140.74 | $ | 138.52 | $ | 134.73 | $ | 83.70 | $ | 466.73 | $685.16 |
| 676-393-8676-001 | $650.80 | $ | 95.57 | $ | 94.41 | $ | 90.97 | $ | 89.66 | $ | 187.37 | $368.00 |
| 770-343-6006-753 | $18,103.20 | $ | 2,805.87 | $ | 2,490.62 | $ | 2,342.36 | $ | 2,415.94 | $ | 5,595.59 | $10,353.89 |
| 678-566-1937-001 | $4,240.10 | $ | 623.78 | $ | 612.69 | $ | 595.60 | $ | 587.12 | $ | 1,216.77 | $2,399.49 |
| 678-366-0695-001 | $278.84 | $ | - | $ | - | $ | 84.05 | $ | 127.68 | $ | 67.11 | $278.84 |
| 904-353-9721-003 | $2,792.85 | $ | - | $ | - | $ | - | $ | - | $ | 2,792.85 | $2,792.85 |
| 770-M33-8017-101 | $5.32 | $ | 0.80 | $ | 0.90 | $ | 1.40 | $ | 0.80 | $ | 0.32 | $2.52 |
| 678-366-1920-001 | $2,947.78 | $ | 529.08 | $ | 522.11 | $ | 506.38 | $ | 498.85 | $ | 377.58 | $1,382.81 |
| 803-N25-0062-062 | $164,320.70 | $ | 41,583.16 | $ | 40,443.41 | $ | 39,937.96 | $ | 2,119.92 | $ | 42,057.88 |

| | | | | | | | Total 60 Days + Past Due: | $320,103.69 |